# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**APONTE AMARELIS, NICOLE COPPOLA, RUBY IGNACIO, CHESTER LOFTIS, CINNAMON MCCLOUD, JAMES TAYLOR, RHONDA WILSON, SHANAE WILSON, AIMEE NEUMANN and CATHERINE NEUMANN,**

        **Plaintiffs,**

**v.**           Case No:  6:13-cv-54-Orl-31KRS

**NOTTER SCHOOL OF CULINARY ARTS, LLC and BEVERLY L. KARSHNER,**

        **Defendants.**

## ORDER

This cause comes before the Court on Plaintiffs' Motion to Certify Class Action (Doc. No. 27), filed June 28, 2013.

On October 8, 2013, the United States Magistrate Judge issued a report (Doc. No. 33) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this order.

2. The Motion to Certify Class Action (Doc. No. 27) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 28, 2013.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party