# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**APONTE AMARELIS, et al.,**

    **Plaintiffs,**

**v.**           Case No:   6:13-cv-54-Orl-31KRS

**NOTTER SCHOOL OF CULINARY ARTS, LLC and BEVERLY L. KARSHNER,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Complaint (Doc. No. 1), filed January 9, 2013.

On October 8, 2013, the United States Magistrate Judge issued a report (Doc. No. 47) recommending that the complaint be dismissed for failure to timely effect proper service of process. No objections have been filed.   Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The complaint is **DISMISSED** and all pending motions are **DENIED** as moot.

    3.    The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 27, 2014.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party